IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**LARVICTOR FLOURNOY,**

    Plaintiff,

vs.                                              Case No. 4:05cv302-RH/WCS

**D. ELLIS, et al.,**

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

On January 30, 2006, a notice of appeal was received in this case from the Eleventh Circuit Court of Appeals. Doc. 27. Plaintiff, proceeding *pro se*, submitted the notice of appeal directly to the Eleventh Circuit rather than filing it with this Court, and the appellate court forwarded the notice to this Court to be filed as of January 23, 2006, the date on which the Eleventh Circuit received it. *Id.*

The notice of appeal submitted by Plaintiff is not of a final order. Doc. 27. rather, the order Plaintiff is attempting to appeal is an order denying Plaintiff's successive motion to change venue and remand to state court or, in the alternative, a motion for disqualification, doc. 26. This order is not a final or appealable order because it does not dispose of any of the claims in this case. *See* 28 U.S.C. § 1291. Therefore, because the Eleventh Circuit Court of Appeals does not acquire jurisdiction over this

action, because the appeal is frivolous, and considering the fact that Plaintiff has had more than three cases dismissed under § 1915(e)(2)(b) because they were frivolous, malicious, or failed to state a claim, Plaintiff is not otherwise entitled to *in forma pauperis* status.[1]  Thus, it is recommended that Plaintiff's motion seeking leave to proceed *in forma pauperis* on appeal be denied.  Should Plaintiff desire to pursue this appeal, he should be required to pay the full amount of the $255.00 appellate filing fee.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's *in forma pauperis motion,* doc. 27, be **DENIED** because the appeal is frivolous and because Plaintiff is not entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on February 2, 2006.


 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Plaintiff had an appeal dismissed as frivolous on October 23, 2000, district court case # 3:99cv143; case # 3:99cv17 was dismissed for failing to state a claim on May 12, 1999, and the appeal of that dismissal was dismissed as frivolous on November 3, 1999.  Those are three "strikes" under 28 U.S.C. § 1915(g), precluding Plaintiff from being granted *in forma pauperis* status.

Case No. 4:05cv302-RH/WCS