## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LARVICTOR FLOURNOY,

      Plaintiff,

v.                                        CASE NO.  4:05cv302-RH/WCS

D. ELLIS, et al.,

      Defendants.

_____/

## ORDER DENYING LEAVE TO PROCEED
## <u>IN FORMA PAUPERIS ON APPEAL</u>

This matter is before the court on the magistrate judge's report and recommendation (document 29) and the objections thereto (document 32).  The report and recommendation concludes that plaintiff should not be granted leave to proceed in forma pauperis on appeal.  The objections barely address this issue.

The appeal is from an order that is both non-appealable and plainly correct. I hereby certify that the appeal is not taken in good faith, see Fed. R. App. P. 24(a), and that plaintiff is not otherwise entitled to proceed on appeal in forma pauperis. Leave to proceed in forma pauperis on appeal thus will be denied.

Plaintiff's objections also assert that the magistrate judge should be disqualified based on his rulings in this very case.  Judicial rulings are not ordinarily a basis for disqualification, and the rulings at issue are not a basis for disqualification here.

Plaintiff's objections also assert this case was improperly removed from state court and is not within this court's jurisdiction.  As the magistrate judge correctly noted in denying plaintiff's first motion raising this contention, plaintiff's complaint asserted a claim arising at least in part under federal law and thus was removable.  Plaintiff's contrary contention is plainly wrong.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's motion for leave to proceed on appeal *in forma pauperis* (document 27) is DENIED.  To the extent plaintiff's objections to the report and recommendation are deemed to include a motion for disqualification of the magistrate judge and to remand this action to state court, the motions are DENIED.

SO ORDERED this 28th day of February, 2006.

s/Robert L. Hinkle
Chief United States District Judge