# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LARVICTOR FLOURNOY,

      Plaintiff,

v.                                       CASE NO. 4:05cv302-RH/WCS

D. ELLIS, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 34), and the objections thereto (documents 37 and 38).[1] I have reviewed de novo the issues raised by the objections. I find that the report and recommendation is correct and should be adopted as the opinion of the court, with this additional note.

Orderly procedures are required for handling the volume of prisoner cases included on this court's docket. Without orderly procedures, the court would be

---

[1] Document 38 is labeled a motion for reconsideration. I treat the filing as objections, thus giving plaintiff the benefit of de novo review. If deemed a motion for reconsideration, the motion would be denied.

unable to give each case the time and attention it deserves.

The magistrate judge has recommended dismissal of the second amended complaint without prejudice for failure to abide by the magistrate judge's order of December 23, 2005 (document 24). That order explained in detail some of the deficiencies in the second amended complaint. The order directed plaintiff to file a third amended complaint and provided considerable guidance on the required content of any such filing.

Under Federal Rule of Civil Procedure 72, plaintiff could have sought review by the district judge of the magistrate judge's order. But plaintiff did not do so. The magistrate judge's order was lawfully entered. Plaintiff was obligated either to challenge it under the court's rules or to comply with it. When plaintiff did neither, the magistrate judge recommended dismissal of the action for failure to comply with the order.

In his objections to the report and recommendation, plaintiff makes no effort to come to grips with his failure to abide by the magistrate judge's order. Dismissal would be appropriate (at least upon dismissal of plaintiff's pending appeal to the Eleventh Circuit from a non-final order). Nonetheless, plaintiff will be given one final chance to file a third amended complaint. The third amended complaint should comply with the instructions in the magistrate judge's order of December 23, 2005 (document 24), with this clarification. Plaintiff may include

claims against multiple defendants to the extent authorized by Federal Rule of Civil Procedure 20, and may include claims against any properly joined defendant to the extent authorized by Federal Rule of Civil Procedure 18.  If plaintiff fails to file a third amended complaint by the deadline established by this order, then, upon dismissal of the pending appeal, this action will be dismissed.

For these reasons,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED and adopted as the opinion of the court, as modified by this order.

2.  By April 28, 2006, plaintiff shall file a third amended complaint complying with this order and the magistrate judge's order of December 23, 2004 (document 24).  If plaintiff fails to do so, this action will be dismissed.

SO ORDERED this 29th day of March, 2006.

s/Robert L. Hinkle  
Chief United States District Judge